IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE KINARD, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | NO. 05-2804 |
| | : | |
| JOHN PALAKOVICH, et al., | : | |
|     Respondents | : | |

**O R D E R**

**STENGEL, J.**

    **AND NOW**, this 16th day of November, 2006, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, and both sets of Petitioner's identical Objections thereto (Documents #25 and #26)[1], IT IS ORDERED that:

1. Petitioner's Objections are OVERRULED.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for a writ of *habeas corpus* is DENIED with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of the Court shall mark this case closed for all purposes.

                                  BY THE COURT:

                                  /s/ Lawrence F. Stengel
                                  LAWRENCE F. STENGEL, J.

---

[1] Petitioner mailed one set of Objections addressed to the Clerk of Court with instructions to file, and mailed a second set addressed to me with correspondence informing that the set was a courtesy copy. The Clerk's Office inadvertently filed both sets.